UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANEITA HENRY-LEE, individually and as the ADMINISTRATRIX of the Goods, Chattels and Credits of PETER C. A. LEE, deceased,

**NOTICE OF APPEARANCE**

08-CV-0089 (DC)

           Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER JOHN BAUMEISTER (shield # 24846), POLICE OFFICER MICHAEL INGRAM (shield # 1727), KEVIN ROUGHNEEN (shield # 2942), JOHN DOE 1-10 (the fictitious names of persons yet to be identified), JMR REST CORP., d/b/a RORY DOLAN'S RESTAURANT BAR, CITY OF YONKERS and YONKERS POLICE DEPARTMENT,

           Defendants.

------------------------------------------------------------------------ x

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:   New York, New York
       February 11, 2008

              MICHAEL A. CARDOZO
              Corporation Counsel of the
               City of New York
              *Attorney for Defendants*
              100 Church Street
              New York, New York 10007
              (212) 788-1599

            By:    /s/
              Arthur G. Larkin (AL 9059)

TO:   THE ADAM LAW OFFICE, P.C.
*Attorney for Plaintiff*
275 Madison Avenue, Suite 1100
New York, New York 10016
Attn: Richard Adam, Esq.
(212) 661-8780
(By ECF)

FRANK J. RUBINO, ESQ.
Corporation Counsel
*Attorney for Defendants City of Yonkers,*
 *Yonkers Police Dept.*
City Hall, Room 300
Yonkers, New York 10701
Attn: Michael Levinson, Esq.
(914) 377-6237
(By ECF)