Form 07 - CORPORATION

**THE ADAM LAW OFFICE**
**ATTN:**
U.S. SOUTHERN DIST. COURT        NEW YORK  COUNTY

---

ANEITA HENRY-LEE INDIV. AND AS THE         plaintiff
ADMIN'TRIX OF THE GOODS, CHATTELS, AND CREDITS OF
PETER C. A. LEE DEC"D  - against -

THE CITY OF NEW YORK, ETAL            defendant

Index No. 08-CV-0089

Date Filed  . . . . . . . . . . . .

Office No.

Court Date:    / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**JEFFREY CAMPOLO**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16th** day of **January, 2008   at 11:18 AM.,**   at
   **890 MCLEAN AVE**
   **YONKERS, NY 10704**

I served a true copy of the
   **SUMMONS AND VERIFIED COMPLAINT**
   CIVIL COVER SHEET
upon **JMR REST CORP., D/B/A RORY DOLANS RESTAURANT BAR**
**a domestic corporation, the  DEFENDANT** therein named by delivering to, and leaving personally with
      **RORY DOLANS--OWNER & MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **MALE**        COLOR: **WHITE**       HAIR: **BROWN**
      APP. AGE: **48**     APP. HT: **6:0**       APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
23rd   day of  January,           2008i

KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

. . . . . . . . . . . . . . . . . . . . . . . .
JEFFREY CAMPOLO
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3TALO105331