UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ANEITA HENRY-LEE, individually and as the
ADMINISTRATRIX of the Goods Chattels and
Credits of PETER C. A. LEE, deceased,

                              Plaintiffs,

       - against -

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER JOHN
BAUMEISTER (shield # 24846), POLICE OFFICER
MICHAEL INGRAM (shield # 1727), KEVIN
ROUGHNEEN (shield # 2942), JOHN DOE 1-10 (the
fictitious names of persons yet to be identified), JMR
REST CORP., d/b/a RORY DOLANS RESTAURANT
BAR, CITY OF YONKERS and YONKERS POLICE
DEPARTMENT,

                              Defendants.
-----------------------------------------------------------------X

**STATEMENT PURSUANT TO RULE 7.1**

Index No.: 08-cv-0089(DC)

Assigned to:
Hon. Denny Chin

      Pursuant to Federal Rule of Civil Procedure 7.1 {formerly Local General Rule 1.9} and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **JMR REST CORP., d/b/a RORY DOLANS RESTAURANT BAR**, (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Elmsford, New York
       April 2, 2008

                               By: _____
                                       James M. Skelly (JMS/4844)

                                       **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
                                       Attorneys for Defendant
                                       **JMR REST CORP., d/b/a RORY DOLANS RESTAURANT BAR**
                                       530 Saw Mill River Road
                                       Elmsford, New York 10523
                                       (914) 345-3701
                                       File No.: 495.81515

{NY036780.1}

TO:    **THE ADAM LAW OFFICE, P.C.**
Attorneys for Plaintiffs
**ANEITA HENRY-LEE, individually** and **as the ADMINISTRATRIX of the Goods Chattels and Credits of PETER C. A. LEE, deceased**
275 Madison Avenue - Suite 1100
New York, New York 10016
(212) 661-8780

**MICHAEL A. CARDOZO, ESQ.**
**CORPORATION COUNSEL**
Attorneys for Defendants
**THE CITY OF NEW YORK** and **NEW YORK CITY POLICE DEPARTMENT**
100 Church Street
New York, New York 10007
(212) 788-0499

**CORPORATION COUNSEL, CITY OF YONKERS**
Attorneys for Defendants
**CITY OF YONKERS** and **YONKERS POLICE DEPARTMENT**
City Hall, 40 South Broadway
Yonkers, New York 10701
(914) 377-6256

<u>AFFIDAVIT OF SERVICE BY MAIL</u>

STATE OF NEW YORK            )
                             : ss:
COUNTY OF WESTCHESTER        )

MARTHA AGIS, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York.

On the ____ day of April, 2008, deponent served the within **STATEMENT PURSUANT TO RULE 7.1,** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:   **THE ADAM LAW OFFICE, P.C.**
      Attorneys for Plaintiffs
      **ANEITA HENRY-LEE, individually** and **as the ADMINISTRATRIX of the Goods Chattels and Credits of PETER C. A. LEE, deceased**
      275 Madison Avenue - Suite 1100
      New York, New York 10016
      (212) 661-8780

      **MICHAEL A. CARDOZO, ESQ.**
      **CORPORATION COUNSEL**
      Attorneys for Defendants
      **THE CITY OF NEW YORK** and **NEW YORK CITY POLICE DEPARTMENT**
      100 Church Street
      New York, New York 10007
      (212) 788-0499

      **CORPORATION COUNSEL, CITY OF YONKERS**
      Attorneys for Defendants
      **CITY OF YONKERS** and **YONKERS POLICE DEPARTMENT**
      City Hall, 40 South Broadway
      Yonkers, New York 10701
      (914) 377-6256

                                             _____
                                             MARTHA AGIS

Sworn to before me on this
____ day of April, 2008

_____
NOTARY PUBLIC

{NY036781.1}