UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANEITA HENRY-LEE, individually and as the ADMINISTRATRIX of the Goods, Chattels and Credits of PETER C. A. LEE, deceased,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER JOHN BAUMEISTER (shield # 24846), POLICE OFFICER MICHAEL INGRAM (shield # 1727), KEVIN ROUGHNEEN (shield # 2942), JOHN DOE 1-10 (the fictitious names of persons yet to be identified), JMR REST CORP., d/b/a RORY DOLAN'S RESTAURANT BAR, CITY OF YONKERS and YONKERS POLICE DEPARTMENT,

                                    Defendants.

------------------------------------------------------------------------ x

**ANSWER TO THE CROSS-CLAIM OF DEFENDANT CITY OF YONKERS BY DEFENDANTS CITY OF NEW YORK, BAUMEISTER, INGRAM, AND ROUGHNEEN**

08-CV-0089 (DC)

       Defendants City of New York, John Baumeister, Michael Ingram and Kevin Roughneen, by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, as and for their answer to the cross-claim asserted by the City of Yonkers and the Yonkers Police Department, respectfully allege, upon information and belief, as follows:

       1.      Deny the allegations set forth in paragraph "SIXTY-NINTH" of the Answer and Cross-Claim of defendant City of Yonkers and Yonkers Police Department.

**FIRST AFFIRMATIVE DEFENSE**

       2.      The Answer and Cross-Claim fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

3. The City of New York is not liable to indemnify Cross-Claim plaintiffs because any injury or damage is the result of negligence, intentional wrongdoing or recklessness on the part of Cross-Claim plaintiffs.

**THIRD AFFIRMATIVE DEFENSE**

4. Any injuries or damages sustained by plaintiff or plaintiff's decedent by reason of the matters alleged in the complaint were caused by or resulted from the acts or omissions of co-defendants City of Yonkers, Yonkers Police Department, JMR Rest. Corp., d/b/a Rory Dolan's Restaurant Bar, and/or others presently identified only as "John Does # 1-10," jointly and severally.

5. Accordingly, defendants City of New York, Baumeister, Ingram and Roughneen are entitled to judgment against co-defendants City of Yonkers, Yonkers Police Department, JMR Rest. Corp., d/b/a Rory Dolan's Restaurant Bar, and/or others presently identified only as "John Does # 1-10," assessing and fixing the degree to which said co-defendants' acts or omissions contributed to any injuries or damages sustained by plaintiff and apportioning in accordance therewith any damage judgment awarded to plaintiff.

WHEREFORE, defendants request judgment dismissing the cross-claim in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         April 4, 2008

          MICHAEL A. CARDOZO
          Corporation Counsel of the
            City of New York
          *Attorney for Cross-Defendants City of New York, John Baumeister, Michael Ingram, and Kevin Roughneen*
          100 Church Street
          New York, New York 10007
          (212) 788-1599

          By:   /s/
               Arthur G. Larkin (AL 9059)

TO:   THE ADAM LAW OFFICE, P.C.
      *Attorney for Plaintiff*
      275 Madison Avenue, Suite 1100
      New York, New York 10016
      Attn: Richard Adam, Esq.
      (212) 661-8780
      (By ECF)

      FRANK J. RUBINO, ESQ.
      Corporation Counsel
      *Attorney for Defendants City of Yonkers, Yonkers Police Dept.*
      City Hall, Room 300
      Yonkers, New York 10701
      Attn: Michael Levinson, Esq.
      (914) 377-6237
      (By ECF)

      MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
      *Attorneys for Defendant JMR Rest Corp., d/b/a Rory Dolan's Restaurant Bar*
      530 Saw Mill River Road
      Elmsford, New York 10523
      (914) 345-3701
      (By ECF)