UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

ANEITA HENRY-LEE, individually and as the ADMINISTRATRIX of the Goods Chattels and Credits of PETER C. A. LEE, deceased,

                      Plaintiffs,

            - against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER JOHN BAUMEISTER (shield # 24846), POLICE OFFICER MICHAEL INGRAM (shield # 1727), KEVIN ROUGHNEEN (shield # 2942), JOHN DOE 1-10 (the fictitious names of persons yet to be identified), JMR REST CORP., d/b/a RORY DOLANS RESTAURANT BAR, CITY OF YONKERS and YONKERS POLICE DEPARTMENT,

                      Defendants.

--------------------------------------------------------------X

**NOTICE TO PRODUCE**

Docket No.: 08-cv-0089(DC)

Assigned to:
Hon. Denny Chin

     **PLEASE TAKE NOTICE** that demand is hereby made upon plaintiff, ANEITA HENRY LEE, individually and as the Administratrix of the Goods, Chattels and Credits of PETER C. A. LEE, deceased, for discovery, inspection and copying of the following pursuant to Federal Rule 34, to deliver to the offices of **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**, 530 Saw Mill River Road, Elmsford, New York 10523, within twenty-days (20) days after service of this notice:

     1.    A duly executed HIPAA complaint authorization for plaintiff's autopsy report from the Westchester County Coroner's office;

     2.    Duly executed HIPAA compliant authorizations for any medical care providers who treated the plaintiff for a period of two years prior to the date of the incident that gives rise to this claim.

{NY038614.1}                                        1

3. A duly executed authorization for employment records of any employments that the plaintiff decedent had for the two years up to and including the date of the incident that gives rise to the claim.

4. A duly executed authorization and the required supporting documentation permitting the defendant to obtain plaintiff decedent's income tax returns for the period of 2004 through 2007.

5. Copies of any canceled checks, wired transfer confirmations, money orders or other transfer documentation supporting any claim that the plaintiff decedent supported any distributees of his Estate, who will assert a claim for pecuniary loss, as a result of the incident giving rise to this claim.

**PLEASE TAKE FURTHER NOTICE,** that in lieu of producing the items demanded herein, the plaintiffs may submit to the undersigned, true and conformed copies of the items demanded herein at any time prior to the aforesaid date.

**PLEASE TAKE FURTHER NOTICE,** that upon your failure to produce the aforesaid items at the time and place required in this notice, a motion will be made for the appropriate relief to this Court.

Dated: Elmsford, New York
May 29, 2008

By: _____
James M. Skelly (4844)

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendant
**JMR REST CORP., d/b/a RORY DOLANS RESTAURANT BAR**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 495.81515

TO: **THE ADAM LAW OFFICE, P.C.**
Attorneys for Plaintiffs
**ANEITA HENRY-LEE, individually** and **as the ADMINISTRATRIX of the Goods Chattels and Credits of PETER C. A. LEE, deceased**
275 Madison Avenue - Suite 1100
New York, New York 10016
(212) 661-8780

**MICHAEL A. CARDOZO, ESQ.**
**CORPORATION COUNSEL**
Attorneys for Defendants
**THE CITY OF NEW YORK** and **NEW YORK CITY POLICE DEPARTMENT**
100 Church Street
New York, New York 10007
(212) 788-0499

**CORPORATION COUNSEL, CITY OF YONKERS**
Attorneys for Defendants
**CITY OF YONKERS** and **YONKERS POLICE DEPARTMENT**
City Hall, 40 South Broadway
Yonkers, New York 10701
(914) 377-6256

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK           )
                            : ss.:
COUNTY OF WESTCHESTER       )

MARTHA AGIS, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Pearl River, New York.

On the 29th day of May, 2008 deponent served the within **NOTICE TO PRODUCE** upon the parties herein stated below, by depositing and mailing same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, at the following addresses:

TO:   **THE ADAM LAW OFFICE, P.C.**
      Attorneys for Plaintiffs
      **ANEITA HENRY-LEE, individually** and **as
      the ADMINISTRATRIX of the Goods Chattels
      and Credits of PETER C. A. LEE, deceased**
      275 Madison Avenue - Suite 1100
      New York, New York 10016
      (212) 661-8780

      **MICHAEL A. CARDOZO, ESQ.
      CORPORATION COUNSEL**
      Attorneys for Defendants
      **THE CITY OF NEW YORK** and **NEW
      YORK CITY POLICE DEPARTMENT**
      100 Church Street
      New York, New York 10007
      (212) 788-0499

      **CORPORATION COUNSEL, CITY OF YONKERS**
      Attorneys for Defendants
      **CITY OF YONKERS** and **YONKERS POLICE DEPARTMENT**
      City Hall, 40 South Broadway
      Yonkers, New York 10701
      (914) 377-6256

                                        _____
                                        MARTHA AGIS

Sworn to before me on the
29th day of May, 2008.


_____
NOTARY PUBLIC

{NY038614.1}