# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANEITA HENRY-LEE, individually and as the
ADMINISTRATRIX of the Goods, Chattels and
Credits of PETER C. A. LEE, deceased,

                                 Plaintiffs,

– against –

THE CITY OF NEW YORK,
NEW YORK CITY POLICE DEPARTMENT,
POLICE OFFICER JOHN BAUMEISTER (shield # 24846),
POLICE OFFICER MICHAEL INGRAM (shield # 1727),
KEVIN ROUGHNEEN (shield #2942),
JOHN DOE 1-10 (the fictitious names of persons yet to be
identified), JMR REST CORP., d/b/a RORY DOLANS
RESTAURANT BAR, CITY OF YONKERS and
YONKERS POLICE DEPARTMENT

                                 Defendants.
-----------------------------------------------------------------------X

Case No.: CV 08 0089

**CLERK'S CERTIFICATE**

     I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 4, 2008, with the filing of a Summons and Complaint, a copy of the Summons and Complaint was served on defendant **JMR REST CORP. d/b/a RORY DOLANS RESTAURANT BAR** by personal delivery upon **RORY DOLANS**, <u>Owner and Managing Agent</u>, of said defendant on January 16, 2008, and proof of such service was filed on February 29, 2008.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the Complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
         29 February 2008

                                              **J. MICHAEL MCMAHON**
                                              Clerk of the Court

                                        By: _____
                                               Deputy Clerk