```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

ANEITA HENRY-LEE,                    :

                 Plaintiff,          :

          - against -                :         ORDER

THE CITY OF NEW YORK et al.,         :         08 Civ. 0089 (DC)

                 Defendants.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

        The parties in this case continue to have discovery disputes, as set forth in Plaintiff's letter dated May 6, 2009 and the City's letter dated May 12, 2009.  It is HEREBY ORDERED as follows:

    (1)   Non-party depositions shall take place as scheduled.

    (2)   Defendant police officers shall be deposed during the first two weeks of June -- or shortly thereafter if the parties otherwise agree -- at Corporation Counsel's office.

        SO ORDERED.

Dated:   New York, New York
          May 15, 2009

                                        DENNY CHIN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09