**THE ADAM LAW OFFICE, P.C.**
275 Madison Avenue – Suite 1100
New York, NY 10016
Phone: (212) 661 – 8780
Fax: (212) 661 – 8779

November 23, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/09
```

Honorable Denny Chin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

**VIA FACSIMILE @ (212) 805 – 7906**

      Re:   **Lee vs. City of New York, et. al.**
              08 – CV – 0089 (DC)

Dear Judge Chin:

    This evening we were prepared to file our opposition papers to defendants' various motions, but experienced a technical problem with our computer system. We have contacted our computer technician who will endeavor to be here sometime tomorrow although he advised that he does have another emergency call in the morning.

    Based on the foregoing, we respectfully request a short extension to the morning of 11/25/09 in which to file Plaintiffs' opposition papers.

    As usual, we thank your Honor for his kind and thoughtful consideration with regard to the foregoing.

*Approved.*
*So ORDERED*

Sincerely,

THE ADAM LAW OFFICE, P.C.

Peter Diawuo-Amankonah, Esq.

PDA/rb

USDJ 11/24/09

cc:   Arthur G. Larkin, Esq., Corporation Counsel, City of New York
      **VIA FACSIMILE @ (212) 788 – 9776**

      Michael Levinson, Esq., Corporation Counsel, City of Yonkers
      **VIA FACSIMILE @ (914) 964 – 0563**

      David S. Henry, Esq., Marks, O'Neil, O'Brien, & Courtney, P.C.
      **VIA FACSIMILE @ (914) 345 – 3743**

275 Madison Avenue – Suite 1100
New York, NY, 10016
Telephone (212) 661 - 8780
Facsimile (212) 661 - 8779



**THE ADAM LAW OFFICE, P.C.**



# Fax

| | | | |
|---|---|---|---|
| **To:** | USDC SD Judge Denny Chin | **From:** | THE ADAM LAW OFFICE, P.C. |
| **Fax:** | (212) 805 – 7906 | **Pages:** | 2 |
| **Phone:** | (212) 805 – 0200 | **Date:** | 11/23/2009 |
| **Re:** | Aneita Henry-Lee v City of New York, et al | **CC:** | |
| | 08 CV 0089 | | |

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

● Comments:

Dear Judge Chin:

    Attached hereto, please find Plaintiffs' correspondence seeking a short extension of time in which to file plaintiffs' opposition to defendants' motions due to computer difficulties.

    We thank your Honor for his thoughtful consideration herein.


**THE ADAM LAW OFFICE, P.C.**


Peter Diawuo-Amankonah, Esq.

The contents of this message are intended for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.